No. 1117. EL PUEBLO, APELADO, v. ENCARNACIÓN, APELANTE.—Asesinato en primer grado. San Juan, Sección 2ª. Abril 26, 1917. *Desestimada la apelación por fallecimiento del acusado.*

---

No. 1573. LOWRIE, APELADO, v. FRANCESCHI ET AL., APELANTES.—Cobro de dinero. San Juan, Sección 1ª. Abril 27, 1917. *Desistida la apelación.*

---

No. 1666. PONSA, APELADO, v. DECLET, APELANTE.—Reivindicación. San Juan, Sección 1ª. Abril 27, 1917. *Desestimada la apelación por falta de transcripción.*

---

No. 1168. EL PUEBLO, APELADO, v. CARRERAS, APELANTE.—Adulteración de leche. San Juan, Sección 2ª. Abril 30, 1917. *Confirmada la sentencia.*

---

No. 1148. EL PUEBLO, APELADO, v. MUNDO, APELANTE.—Acometimiento y agresión grave. San Juan, Sección 2ª. Mayo 1, 1917. *Desestimada la apelación por falta de comparecencia.*

---

No. 1669. BARTHOLOMEW, APELADO, v. CRISEY ET AL., APELANTES.—Cumplimiento de contrato. Arecibo. Mayo 3, 1917. *Desestimada la apelación por convenio de las partes.*

---

No. 1673. RUIZ, APELADO, v. PILLOT, APELANTE.—Desahucio. Guayama. Mayo 21, 1917. *Desestimada la apelación por falta de transcripción.*